TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Michigan Consumer Credit Lawyers
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Michael Selix*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Selix,<br><br>            Plaintiff,<br><br>    vs.<br><br>Experian Information Solutions, Inc.,<br>an Ohio corporation, and<br>One United Bank,<br>a Massachusetts corporation,<br><br>            Defendants. | Case No.: 8:16-cv-01897-CJC-DFM<br>Hon. Cormac J. Carney<br><br>**JOINT MOTION FOR DISMISSAL** |

Plaintiff and Defendants Experian Information Solutions, Inc. and One United

Bank (hereinafter referred to as "Defendants"), through counsel undersigned and

pursuant to Rule 41(a)(1)(A)(ii), hereby stipulate that the above-captioned action may

1

be dismissed with prejudice against Defendants with each party to bear its own attorneys' fees and costs, in accordance with the form of dismissal order filed concurrently herewith.

DATED this 25th day of January, 2017

                              KENT LAW OFFICES

                              By: /s/ Trinette G. Kent
                              Trinette G. Kent
                              *Attorney for Plaintiff*

                              JONES DAY

                              Jessica McGahie Sawyer
                              *Attorney for Experian*

                              LAW OFFICES OF PARNELL FOX

                              Parnell Fox
                              *Attorney for One United Bank*

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, and not a party to the above-entitled cause. On January 25, 2017, I served a true copy of foregoing document(s): **JOINT MOTION FOR DISMISSAL** by electronic filing. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

Executed on January 25, 2017

*/s/ Trinette G. Kent*
Trinette G. Kent